☑ Original ☐



CLERK'S OFFICE
A TRUE COPY
Dec 01, 2023
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| In the Matter of the Search of | ) | **23-M-483 (SCD)** |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) ) | Case No. |
| Facebook account https://www.facebook.com/daisy.garcia.5492216 with User ID 100013404340958 (Target Account); operated by Meta Platforms, Inc. (See Attachments) | ) ) ) | **Matter No.: 2011R00114** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:       Any authorized law enforcement officer

      An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ *(identify the person or describe the property to be searched and give its location)*:

    See Attachment A; over which this Court has jurisdiction pursuant to 18 U.S.C. §§ 2703 and 2711 and Federal Rule of Criminal Procedure 41.

      I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

    See Attachment B.

      **YOU ARE COMMANDED** to execute this warrant on or before    12-15-23    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

      Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

      The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. Stephen C. Dries    .
*(United States Magistrate Judge)*

      ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

      ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    12-1-23.    1:40 pm _____

*Judge's signature*

City and state:    Milwaukee, WI _____     Hon. Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A
### Property to Be Searched

This warrant applies to information associated with Facebook account **https://www.facebook.com/daisy.garcia.5492216** with **User ID 100013404340958 (Target Account)** that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California.

2

# ATTACHMENT B
## Particular Things to be Seized

**I.     Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)     **The following information associated with the user ID listed in Attachment A for the time period of May 13, 2023 to the date of this warrant's execution:**

i.   All contact and personal identifying information, **for Target Account,** including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.]]

ii.  All activity logs for the account and all other documents showing the user's posts and other Facebook activities **May 13, 2023 to the present**;

iii. All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them **May 13, 2023 to the present**, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

iv.  All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

v.   All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

vi.  All other records and contents of communications and messages made or received by the user **May 13, 2023 to the present**, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

vii.  All "check ins" and other location information;

viii.  All IP logs, including all records of the IP addresses that logged into the account;

ix.  All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

x.  All information about the Facebook pages that the account is or was a "fan" of;

xi.  All past and present lists of friends created by the account;

xii.  All records of Facebook searches performed by the account **May 13, 2023 to the present**;

xiii.  All information about the user's access and use of Facebook Marketplace;

xiv.  The types of service utilized by the user;

xv.  The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

xvi.  All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

xvii.  All records pertaining to communications between Meta and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within 14 DAYS of issuance of this warrant.

**(b)  Information associated with each communication to and from the user ID listed in Attachment A for a period of 30 days from the date of this warrant, including:**

i.  Any dialing, routing, addressing, and signaling information associated with

4

each communication (including but not limited to account logins; posts and comments on a Facebook profile or webpage; photo or video uploads; direct/private messages; and Facebook chats, calls, and video calls) to or from the accounts described in Attachment A, including, without geographic limit: the date and time of the communication; source and destination information (including account and device identifiers and login and transactional IP addresses with associated port numbers); and any other header or routing information.

The Court has also issued an order pursuant to 18 U.S.C. § 3123, for such information associated with the user ID listed in Attachment A.

(c)     **Information about the location of the user ID listed in Attachment A for a period of 30 days, during all times of day and night, to include all available GPS data, latitude-longitude data, and other precise location information.**

    i.    To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within Facebook's possession, custody, or control, Facebook is required to disclose the Location Information to the government. In addition, Facebook must furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with Facebook's services, including by initiating a signal to determine the location of the user ID listed in Attachment A on Facebook's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall compensate Facebook for reasonable expenses incurred in furnishing such facilities or assistance.

    ii.    This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. *See* 18 U.S.C. § 3103a(b)(2).

**II. Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 3148, Violations of the conditions of pretrial release, involving Isidro GARCIA since January 28, 2016, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a)   Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(b)   Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(c)   The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

6

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



CLERK'S OFFICE
A TRUE COPY
Dec 01, 2023
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Facebook account https://www.facebook.com/daisy.garcia.5492216<br>with User ID 100013404340958 (Target Account); operated by Meta<br>Platforms, Inc. (See Attachments) | )<br>)<br>)<br>)<br>)<br>)<br>) | **23-M-483 (SCD)**<br>Case No.<br>**Matter No.: 2011R00114** |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A; over which this Court has jurisdiction pursuant to 18 U.S.C. §§ 2703 and 2711 and Federal Rule of Criminal Procedure 41.

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 3148; | Violations of the conditions of pretrial release; |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Dep. Kevin Smith, USMS
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
____telephone_____ *(specify reliable electronic means)*.

Date: __12/1/23__

_____
*Judge's signature*

City and state: __Milwaukee, WI__

Hon. Stephen C. Dries, U.S. Magistrate Judge
_____
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT
## Matter No.: 2011R00114

I, Kevin Smith, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a company headquartered in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the account **https://www.facebook.com/daisy.garcia.5492216** with User ID **100013404340958 (Target Account)**.

2.      I am a Deputy United States Marshal with the United States Marshals Service (USMS) and, as such, am charged with enforcing all laws in all jurisdictions of the United States, its territories and possessions. I have been a member of the United States Marshals Service since March 2021. I have had both formal training and have participated in numerous investigations to locate federal and state fugitives.  I am an investigator or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended

to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Section 3148, Violations of the conditions of pretrial release, committed by Isidro Garcia (GARCIA). There is also probable cause to search the information described in Attachment A for evidence of this crime as described in Attachment B.

## **PROBABLE CAUSE**

**Background**

5. The United States government, including the United States Marshal Service (USMS), is investigating violations of Title 18, United States Code, Section 3148, Violations of the conditions of pretrial release, committed by Isidro Garcia (GARCIA).

6. On May 5, 2015, GARCIA was indicted in the Eastern District of Wisconsin for Conspiracy to possess with the intent to distribute and distribute controlled substance in *United States v. Hernandez De La Torre, et al.,* Case No. 15-CR-87.

7. On October 16, 2015, GARCIA was ordered to be released from USMS custody placed on a property bond. On November 18, 2015, the property bond was posted.

8. On January 28, 2016, the United States District Court for the Eastern District of Wisconsin issued an arrest warrant for defendant GARCIA for the alleged violations of pretrial release. The USMS has been enlisted to locate and apprehend defendant GARCIA. As of today, GARCIA's whereabouts remain unknown, and the arrest warrant remains unexecuted.

2

**Facebook Usage**

9.      The USMS located the Facebook account name, "Daisy Garcia (Daisy)" with url: **https://www.facebook.com/daisy.garcia.5492216** with User ID **100013404340958 (Target Account)**. Investigators identified the account **https://www.facebook.com/daisy.garcia.5492216** with **User ID 100013404340958 (Target Account)** to be the active Facebook account for Isidro GARCIA's wife, Maria Daisy Garcia. When comparing the main profile photo for **https://www.facebook.com/daisy.garcia.5492216** with User ID **100013404340958 (Target Account)** to official Department of State records for Maria Daisy Garcia, it was determined that the individual depicted on the Facebook account, **https://www.facebook.com/daisy.garcia.5492216** with **User ID 100013404340958 (Target Account)**, appears to be the same person as Maria Daisy Garcia.

10.      Through an open search of photos of the account, **https://www.facebook.com/daisy.garcia.5492216** with **User ID 100013404340958 (Target Account)**, Daisy Garcia posted photos of herself with the children she has in common with GARCIA. When viewing the photos, it was also noted that on November 4, 2020, Daisy Garcia posted a photo with a male individual. When comparing the male in the photo to previous USMS booking photos for Isidro GARCIA, it was determined that the male in the photo is likely defendant GARCIA. Given the nature of the photograph and the relationship between Daisy Garcia and GARCIA, it is likely that the two are still in communication with each other.

11.      Through an open search of the account "Check-ins" section, it can be publicly viewed that the user of **https://www.facebook.com/daisy.garcia.5492216** with **User ID 100013404340958 (Target Account)** claims to have visited Jerez, Zacatecas, Mexico on April 24, 2021. This is the birth city and state of defendant GARCIA.

3

12. The USMS believes that by obtaining historical and recent content information for Daisy Garcia's account, it may assist investigators in determining a new location for GARCIA.

13. The USMS believes that by obtaining historical and recent content information for **https://www.facebook.com/daisy.garcia.5492216** with User ID **100013404340958 (Target Account)** account, it may assist investigators in determining GARCIA's current location.

14. Based on your affiant's training and experience in locating and apprehending fugitives, the data being sought by this warrant will assist in locating GARCIA. Because successful apprehensions often rely on the element of surprise and on taking the fugitive by unaware, it is often necessary to attempt an arrest during nighttime or the early morning hours, when most people are sleeping. Further, apprehension tactical plans often change at the last minute based on unexpected movements or other behavior of the target. Therefore, I cannot predict in advance when this data would need to be accessed and would need access to the data at all times of the day or night in order to ensure a safe and successful apprehension.

15. Your affiant believes Daisy Garcia's account to be active based on a recent update to her profile picture dated November 25, 2023 and an update to her cover photo on the account dated November 15, 2023.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

16. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Meta to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

4

## CONCLUSION

17.     Based on the foregoing, I request that the Court issue the proposed search warrant.

18.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Meta.  Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

19.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

20.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## ATTACHMENT A
## Property to Be Searched

This warrant applies to information associated with Facebook account **https://www.facebook.com/daisy.garcia.5492216** with **User ID 100013404340958 (Target Account)** that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California.

2

## ATTACHMENT B
## Particular Things to be Seized

**I.     Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

**(a)    The following information associated with the user ID listed in Attachment A for the time period of May 13, 2023 to the date of this warrant's execution:**

i.   All contact and personal identifying information, **for Target Account,** including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.]]

ii.  All activity logs for the account and all other documents showing the user's posts and other Facebook activities **May 13, 2023 to the present**;

iii. All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them **May 13, 2023 to the present**, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

iv.  All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

v.   All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

vi. All other records and contents of communications and messages made or received by the user **May 13, 2023 to the present**, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

vii. All "check ins" and other location information;

viii. All IP logs, including all records of the IP addresses that logged into the account;

ix. All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

x. All information about the Facebook pages that the account is or was a "fan" of;

xi. All past and present lists of friends created by the account;

xii. All records of Facebook searches performed by the account **May 13, 2023 to the present**;

xiii. All information about the user's access and use of Facebook Marketplace;

xiv. The types of service utilized by the user;

xv. The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

xvi. All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

xvii. All records pertaining to communications between Meta and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within 14 DAYS of issuance of this warrant.

**(b)** **Information associated with each communication to and from the user ID listed in Attachment A for a period of 30 days from the date of this warrant, including:**

i. Any dialing, routing, addressing, and signaling information associated with

4

each communication (including but not limited to account logins; posts and comments on a Facebook profile or webpage; photo or video uploads; direct/private messages; and Facebook chats, calls, and video calls) to or from the accounts described in Attachment A, including, without geographic limit: the date and time of the communication; source and destination information (including account and device identifiers and login and transactional IP addresses with associated port numbers); and any other header or routing information.

The Court has also issued an order pursuant to 18 U.S.C. § 3123, for such information associated with the user ID listed in Attachment A.

(c)  **Information about the location of the user ID listed in Attachment A for a period of 30 days, during all times of day and night, to include all available GPS data, latitude-longitude data, and other precise location information.**

i.   To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within Facebook's possession, custody, or control, Facebook is required to disclose the Location Information to the government. In addition, Facebook must furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with Facebook's services, including by initiating a signal to determine the location of the user ID listed in Attachment A on Facebook's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall compensate Facebook for reasonable expenses incurred in furnishing such facilities or assistance.

ii.  This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. *See* 18 U.S.C. § 3103a(b)(2).

5

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 3148, Violations of the conditions of pretrial release, involving Isidro GARCIA since January 28, 2016, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(b) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(c) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

6